# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LISA KNOLL,** | : | No. 3:17cv322 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | (Magistrate Judge Mehalchick) |
| | : | |
| **NANCY A. BERRYHILL,** | : | |
| **Acting Commissioner of Social** | : | |
| **Security**, | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 28th day of June 2018, it is **HEREBY ORDERED** as follows:

1. Plaintiff's objections to the Report and Recommendation (Doc. 25) are **OVERRULED**;

2. The Report and Recommendation of Magistrate Judge Mehalchick (Doc. 22) is **ADOPTED**;

3. Plaintiff's appeal of the Commissioner of Social Security's decision denying plaintiff's application brought on behalf of her minor son for Supplemental Security Income is **DENIED**;

4. The Clerk of Court is directed to enter judgment in favor of Defendant and against Plaintiff; and

3. The Clerk of Court is directed to **CLOSE** this case.

                                            **BY THE COURT:**

                                            **s/ James M. Munley**
                                            **JUDGE JAMES M. MUNLEY**
                                            **United States District Court**